SCANNED

DATE 2-0-04

CMG

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
:
BRUCE RIGGS, Individually, and on Behalf of :
All Others Similarly Situated, :
: Civ. No. 03 CV 12500 (WGY)
Plaintiff, :
:
:
vs. :
:
:
MASSACHUSETTS FINANCIAL SERVICES :
COMPANY, MFS INVESTMENT :
MANAGEMENT, SUN LIFE FINANCIAL, INC., :
MFS SERIES TRUST I, MFS SERIES TRUST II, :
MFS SERIES TRUST III, MFS SERIES TRUST IV, :
MFS SERIES TRUST V, MFS SERIES TRUST VI, :
MFS SERIES TRUST VII, MFS SERIES TRUST :
VIII, MFS SERIES TRUST IX, MFS SERIES :
TRUST X, MFS SERIES TRUST XI, MFS :
CAPITAL OPPORTUNITIES FUND, MFS CORE :
GROWTH FUND, MFS LARGE CAP GROWTH :
FUND, MFS MANAGED SECTORS FUND, MFS :
MID CAP GROWTH FUND, MFS NEW :
DISCOVERY FUND, MFS NEW ENDEAVOR :
FUND, MFS RESEARCH FUND, MFS :
STRATEGIC GROWTH FUND, MFS :
TECHNOLOGY FUND, MASSACHUSETTS :
INVESTORS GROWTH STOCK, MFS MID CAP :
VALUE FUND, MFS RESEARCH GROWTH :
AND INCOME FUND, MFS TOTAL RETURN :
FUND, MFS UNION STANDARD EQUITY FUND, :
MFS UTILITIES FUND, MFS VALUE FUND, :
:
_____ :

**[Caption continued on next page]**

## DECLARATION OF DAVID PASTOR IN SUPPORT OF THE MOTION OF ROBERT K. WILLMS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

MASSACHUSETTS INVESTORS TRUST, MFS      :
AGGRESSIVE GROWTH ALLOCATION FUND,      :
MFS CONSERVATIVE ALLOCATION FUND,       :
MFS MODERATE ALLOCATION FUND, MFS       :
BOND FUND, MFS EMERGING MARKETS         :
DEBT FUND, MFS GOVERNMENTAL             :
LIMITED MATURITY FUND, MFS             :
GOVERNMENT MORTGAGE FUND, MFS          :
GOVERNMENT SECURITIES FUND, MFS        :
HIGH INCOME FUND, MFS HIGH YIELD       :
OPPORTUNITIES FUND, BOND FUND, MFS     :
LIMITED MATURITY FUND, MFS RESEARCH    :
BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND,       :
MFS ARKANSAS MUNICIPAL BOND FUND,      :
MFS CALIFORNIA MUNICIPAL BOND FUND,    :
MFS FLORIDA MUNICIPAL BOND FUND, MFS   :
GEORGIA MUNICIPAL BOND FUND, MFS       :
MARYLAND MUNICIPAL BOND FUND, MFS      :
MASSACHUSETTS MUNICIPAL BOND FUND,     :
MFS MISSISSIPPI MUNICIPAL BOND FUND,   :
MFS MUNICIPAL BOND FUND, MFS           :
MUNICIPAL LIMITED MATURITY FUND,       :
MFS NEW YORK MUNICIPAL BOND FUND,      :
MFS NORTH CAROLINA MUNICIPAL BOND      :
FUND, MFS PENNSYLVANIA MUNICIPAL       :
BOND FUND, MFS SOUTH CAROLINA          :
MUNICIPAL BOND FUND, MFS TENNESSEE     :
MUNICIPAL BOND FUND, MFS VIRGINIA      :
MUNICIPAL BOND FUND, MFS WEST          :
VIRGINIA MUNICIPAL BOND FUND, MFS      :
EMERGING MARKETS EQUITY FUND, MFS      :
GLOBAL EQUITY FUND, MFS GLOBAL         :
GROWTH FUND, MFS GLOBAL TOTAL          :
RETURN FUND, MFS INTERNATIONAL         :
GROWTH FUND, MFS INTERNATIONAL         :
NEW DISCOVERY FUND, MFS                :
INTERNATIONAL VALUE FUND, MFS          :
RESEARCH INTERNATIONAL FUND, MFS       :
SERIES TRUST VII and ALL DEFENDANTS,   :
                                       :
            Defendants.                :

```
                                                        :
-----------------------------------------------------------X
[Additional Captions Set Forth Below]


-----------------------------------------------------------X
                                                        :
OLIVER S. TRONE, Individually, and on Behalf of         :
All Others Similarly Situated,                          :
                                                        : Civ. No. 03 CV 12514 (WGY)
                    Plaintiff,                          :
                                                        :
            vs.                                         :
                                                        :
MFS CAPITAL OPPORTUNITIES FUND, MFS                     :
CORE GROWTH FUND, MFS LARGE CAP                         :
GROWTH FUND, MFS MANAGED SECTORS                        :
FUND, MFS MID CAP GROWTH FUND, MFS                      :
NEW DISCOVERY FUND, MFS NEW                             :
ENDEAVOR FUND, MFS RESEARCH FUND,                       :
MFS STRATEGIC GROWTH FUND, MFS                          :
TECHNOLOGY FUND, MASSACHUSETTS                          :
INVESTORS GROWTH STOCK, MFS MID CAP                     :
VALUE FUND, MFS RESEARCH GROWTH                         :
AND INCOME FUND, MFS TOTAL RETURN                       :
FUND, MFS UNION STANDARD EQUITY FUND, :
MFS UTILITIES FUND, MFS VALUE FUND,                     :
MASSACHUSETTS INVESTORS TRUST, MFS                      :
AGGRESSIVE GROWTH ALLOCATION FUND,                      :
MFS CONSERVATIVE ALLOCATION FUND,                       :
MFS MODERATE ALLOCATION FUND, MFS                       :
BOND FUND, MFS EMERGING MARKETS                         :
DEBT FUND, MFS GOVERNMENTAL                             :
LIMITED MATURITY FUND, MFS                              :
GOVERNMENT MORTGAGE FUND, MFS                           :
GOVERNMENT SECURITIES FUND, MFS                         :
HIGH INCOME FUND, MFS HIGH YIELD                        :
OPPORTUNITIES FUND, BOND FUND, MFS                      :
LIMITED MATURITY FUND, MFS RESEARCH                     :
BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND,                        :
MFS ARKANSAS MUNICIPAL BOND FUND,                       :
MFS CALIFORNIA MUNICIPAL BOND FUND,                     :
MFS FLORIDA MUNICIPAL BOND FUND, MFS                    :
GEORGIA MUNICIPAL BOND FUND, MFS
```

00001668.WPD ; 1

MARYLAND MUNICIPAL BOND FUND, MFS          :
MASSACHUSETTS MUNICIPAL BOND FUND,         :
MFS MISSISSIPPI MUNICIPAL BOND FUND,       :
MFS MUNICIPAL BOND FUND, MFS               :
MUNICIPAL LIMITED MATURITY FUND,           :
MFS NEW YORK MUNICIPAL BOND FUND,          :
MFS NORTH CAROLINA MUNICIPAL BOND          :
FUND, MFS PENNSYLVANIA MUNICIPAL           :
BOND FUND, MFS SOUTH CAROLINA              :
MUNICIPAL BOND FUND, MFS TENNESSEE         :
MUNICIPAL BOND FUND, MFS VIRGINIA          :
MUNICIPAL BOND FUND, MFS WEST              :
VIRGINIA MUNICIPAL BOND FUND, MFS          :
EMERGING MARKETS EQUITY FUND, MFS          :
GLOBAL EQUITY FUND, MFS GLOBAL             :
GROWTH FUND, MFS GLOBAL TOTAL              :
RETURN FUND, MFS INTERNATIONAL             :
GROWTH FUND, MFS INTERNATIONAL             :
NEW DISCOVERY FUND, MFS                     :
INTERNATIONAL VALUE FUND, MFS              :
RESEARCH INTERNATIONAL FUND, MFS           :
CASH RESERVE FUND, MFS GOVERNMENT          :
MONEY MARKET FUND, MFS MONEY               :
MARKET FUND, MFS MUNICIPAL SERIES          :
TRUST, MFS SERIES TRUST I, MFS SERIES      :
TRUST II, MFS SERIES TRUST III, MFS SERIES :
TRUST IV, MFS SERIES TRUST V, MFS SERIES   :
TRUST VI, MFS SERIES TRUST VII, MFS SERIES:
TRUST VIII, MFS SERIES TRUST IX, MFS       :
SERIES TRUST X, MFS SERIES TRUST XI, SUN   :
LIFE FINANCIAL, INC., JOHN DOES 1-100, and :
ALL DEFENDANTS,                             :
                                            :
                    Defendants.             :
                                            :
----------------------------------------------------------------X

00001668.WPD ; 1

-------------------------------------------------------------X

DANIELLE ADAMS and                                      :
DEAN DELLAVENTURA, Individually, and on                 :
Behalf of All Others Similarly Situated,                :

                                                        : Civ. No. 03 CV 12536 (WGY)
                    Plaintiff,                          :
                                                        :
            vs.                                         :
                                                        :
MFS CAPITAL OPPORTUNITIES FUND, MFS                     :
CORE GROWTH FUND, MFS LARGE CAP                         :
GROWTH FUND, MFS MANAGED SECTORS                        :
FUND, MFS MID CAP GROWTH FUND, MFS                      :
NEW DISCOVERY FUND, MFS NEW                             :
ENDEAVOR FUND, MFS RESEARCH FUND,                       :
MFS STRATEGIC GROWTH FUND, MFS                          :
TECHNOLOGY FUND, MASSACHUSETTS                          :
INVESTORS GROWTH STOCK, MFS MID CAP                     :
VALUE FUND, MFS RESEARCH GROWTH                         :
AND INCOME FUND, MFS TOTAL RETURN                       :
FUND, MFS UNION STANDARD EQUITY FUND, :
MFS UTILITIES FUND, MFS VALUE FUND,                     :
MASSACHUSETTS INVESTORS TRUST, MFS                      :
AGGRESSIVE GROWTH ALLOCATION FUND,                      :
MFS CONSERVATIVE ALLOCATION FUND,                       :
MFS MODERATE ALLOCATION FUND, MFS                       :
BOND FUND, MFS EMERGING MARKETS                         :
DEBT FUND, MFS GOVERNMENTAL                             :
LIMITED MATURITY FUND, MFS                              :
GOVERNMENT MORTGAGE FUND, MFS                           :
GOVERNMENT SECURITIES FUND, MFS                         :
HIGH INCOME FUND, MFS HIGH YIELD                        :
OPPORTUNITIES FUND, BOND FUND, MFS                      :
LIMITED MATURITY FUND, MFS RESEARCH                     :
BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND,                        :
MFS ARKANSAS MUNICIPAL BOND FUND,                       :
MFS CALIFORNIA MUNICIPAL BOND FUND,                     :
MFS FLORIDA MUNICIPAL BOND FUND, MFS                    :
GEORGIA MUNICIPAL BOND FUND, MFS                        :

00001668.WPD ; 1

MARYLAND MUNICIPAL BOND FUND, MFS         :
MASSACHUSETTS MUNICIPAL BOND FUND,        :
MFS MISSISSIPPI MUNICIPAL BOND FUND,      :
MFS MUNICIPAL BOND FUND, MFS              :
MUNICIPAL LIMITED MATURITY FUND,          :
MFS NEW YORK MUNICIPAL BOND FUND,         :
MFS NORTH CAROLINA MUNICIPAL BOND         :
FUND, MFS PENNSYLVANIA MUNICIPAL          :
BOND FUND, MFS SOUTH CAROLINA             :
MUNICIPAL BOND FUND, MFS TENNESSEE        :
MUNICIPAL BOND FUND, MFS VIRGINIA         :
MUNICIPAL BOND FUND, MFS WEST             :
VIRGINIA MUNICIPAL BOND FUND, MFS         :
EMERGING MARKETS EQUITY FUND, MFS         :
GLOBAL EQUITY FUND, MFS GLOBAL            :
GROWTH FUND, MFS GLOBAL TOTAL             :
RETURN FUND, MFS INTERNATIONAL            :
GROWTH FUND, MFS INTERNATIONAL            :
NEW DISCOVERY FUND, MFS                   :
INTERNATIONAL VALUE FUND, MFS             :
RESEARCH INTERNATIONAL FUND, MFS          :
CASH RESERVE FUND, MFS GOVERNMENT         :
MONEY MARKET FUND, MFS MONEY              :
MARKET FUND, MFS MUNICIPAL SERIES         :
TRUST, MFS SERIES TRUST I, MFS SERIES     :
TRUST II, MFS SERIES TRUST III, MFS SERIES  :
TRUST IV, MFS SERIES TRUST V, MFS SERIES   :
TRUST VI, MFS SERIES TRUST VII, MFS SERIES :
TRUST VIII, MFS SERIES TRUST IX, MFS       :
SERIES TRUST X, MFS SERIES TRUST XI, SUN   :
LIFE FINANCIAL, INC., MASSACHUSETTS        :
FINANCIAL SERVICES COMPANY DBA MFS         :
INVESTMENT MANAGEMENT, and JOHN DOES :
1-100                                     :
                          Defendants.      :
                                          :
-----------------------------------------------------------------X

00001668.WPD ; 1

```
---------------------------------------------------------------X
                                              :
STEVEN GREENBERG, on Behalf of Himself and    :
All Others Similarly Situated,                :
                                              : Civ. No. 03 CV 12545 (WGY)
              Plaintiff,                       :
                                              :
         vs.                                  :
                                              :
MASSACHUSETTS FINANCIAL SERVICES             :
COMPANY, MFS SERIES TRUST I, MFS SERIES      :
TRUST II, MFS SERIES TRUST III, MFS SERIES   :
TRUST IV, MFS SERIES TRUST V, MFS SERIES     :
TRUST VI, MFS SERIES TRUST VII, MFS SERIES   :
TRUST VIII, MFS SERIES TRUST IX, MFS         :
SERIES TRUST X, and MFS SERIES TRUST XI,     :
                                              :
              Defendants.                     :
                                              :
---------------------------------------------------------------X
```

```
-----------------------------------------------------------------X
                                                    :
JACOB ELEPHANT, on Behalf of Himself and            :
All Others Similarly Situated,                      :
                                                    :
                    Plaintiff,                      :        Civ. No. 03 CV 12570 (WGY)
                                                    :
              vs.                                   :
                                                    :
MASSACHUSETTS FINANCIAL SERVICES                    :
COMPANY, MFS INVESTMENT                             :
MANAGEMENT, SUN LIFE FINANCIAL, INC.,               :
MFS SERIES TRUST I, MFS SERIES TRUST II,            :
MFS SERIES TRUST III, MFS SERIES TRUST IV,          :
MFS SERIES TRUST V, MFS SERIES TRUST VI,            :
MFS SERIES TRUST VII, MFS SERIES TRUST              :
VIII, MFS SERIES TRUST IX, MFS SERIES               :
TRUST X, MFS SERIES TRUST XI, MFS                   :
CAPITAL OPPORTUNITIES FUND, MFS CORE                :
GROWTH FUND, MFS LARGE CAP GROWTH                   :
FUND, MFS MANAGED SECTORS FUND, MFS                 :
MID CAP GROWTH FUND, MFS NEW                        :
DISCOVERY FUND, MFS NEW ENDEAVOR                    :
FUND, MFS RESEARCH FUND, MFS                        :
STRATEGIC GROWTH FUND, MFS                          :
TECHNOLOGY FUND, MASSACHUSETTS                      :
INVESTORS GROWTH STOCK, MFS MID CAP                 :
VALUE FUND, MFS RESEARCH GROWTH                     :
AND INCOME FUND, MFS TOTAL RETURN                   :
FUND, MFS UNION STANDARD EQUITY FUND,               :
MFS UTILITIES FUND, MFS VALUE FUND,                 :
MASSACHUSETTS INVESTORS TRUST, MFS                  :
AGGRESSIVE GROWTH ALLOCATION FUND,                  :
MFS CONSERVATIVE ALLOCATION FUND,                   :
MFS MODERATE ALLOCATION FUND, MFS                   :
BOND FUND, MFS EMERGING MARKETS                     :
DEBT FUND, MFS GOVERNMENTAL                         :
LIMITED MATURITY FUND, MFS                          :
GOVERNMENT MORTGAGE FUND, MFS                       :
GOVERNMENT SECURITIES FUND, MFS                     :
```

00001668.WPD ; 1

HIGH INCOME FUND, MFS HIGH YIELD          :
OPPORTUNITIES FUND, BOND FUND, MFS        :
LIMITED MATURITY FUND, MFS RESEARCH       :
BOND FUND, MFS STRATEGIC INCOME FUND,     :
MFS ALABAMA MUNICIPAL BOND FUND,          :
MFS ARKANSAS MUNICIPAL BOND FUND,         :
MFS CALIFORNIA MUNICIPAL BOND FUND,       :
MFS FLORIDA MUNICIPAL BOND FUND, MFS      :
GEORGIA MUNICIPAL BOND FUND, MFS          :
MARYLAND MUNICIPAL BOND FUND, MFS         :
MASSACHUSETTS MUNICIPAL BOND FUND,        :
MFS MISSISSIPPI MUNICIPAL BOND FUND,      :
MFS MUNICIPAL BOND FUND, MFS              :
MUNICIPAL LIMITED MATURITY FUND,          :
MFS NEW YORK MUNICIPAL BOND FUND,         :
MFS NORTH CAROLINA MUNICIPAL BOND         :
FUND, MFS PENNSYLVANIA MUNICIPAL          :
BOND FUND, MFS SOUTH CAROLINA             :
MUNICIPAL BOND FUND, MFS TENNESSEE        :
MUNICIPAL BOND FUND, MFS VIRGINIA         :
MUNICIPAL BOND FUND, MFS WEST             :
VIRGINIA MUNICIPAL BOND FUND, MFS         :
EMERGING MARKETS EQUITY FUND, MFS         :
GLOBAL EQUITY FUND, MFS GLOBAL            :
GROWTH FUND, MFS GLOBAL TOTAL             :
RETURN FUND, MFS INTERNATIONAL            :
GROWTH FUND, MFS INTERNATIONAL            :
NEW DISCOVERY FUND, MFS                   :
INTERNATIONAL VALUE FUND, MFS             :
RESEARCH INTERNATIONAL FUND, JOHN         :
DOES 1-100, and MFS FUNDS                 :
                                          :
                  Defendants.             :
---------------------------------------------------------------X

```
-----------------------------------------------------------------X
                                                          :
YAKOV BURSTEIN, Individually and on Behalf of  :
All Others Similarly Situated,                           :
                                                          :
                          Plaintiff,                      :        Civ. No. 03 CV 12622 (WGY)
                                                          :
             vs.                                          :
                                                          :
MFS GLOBAL TELECOMMUNICATIONS FUND, :
CAPITAL OPPORTUNITIES FUND, MFS CORE     :
GROWTH FUND, MFS LARGE CAP GROWTH         :
FUND, MFS MANAGED SECTORS FUND, MFS       :
MID CAP GROWTH FUND, MFS NEW               :
DISCOVERY FUND, MFS NEW ENDEAVOR          :
FUND, MFS RESEARCH FUND, MFS               :
STRATEGIC GROWTH FUND, MFS                 :
TECHNOLOGY FUND, MASSACHUSETTS            :
INVESTORS GROWTH STOCK, MFS MID CAP       :
VALUE FUND, MFS RESEARCH GROWTH           :
AND INCOME FUND, MFS TOTAL RETURN         :
FUND, MFS UNION STANDARD EQUITY FUND, :
MFS UTILITIES FUND, MFS VALUE FUND,        :
MASSACHUSETTS INVESTORS TRUST, MFS        :
AGGRESSIVE GROWTH ALLOCATION FUND,        :
MFS CONSERVATIVE ALLOCATION FUND,         :
MFS MODERATE ALLOCATION FUND, MFS         :
BOND FUND, MFS EMERGING MARKETS           :
DEBT FUND, MFS GOVERNMENTAL               :
LIMITED MATURITY FUND, MFS                 :
GOVERNMENT MORTGAGE FUND, MFS             :
GOVERNMENT SECURITIES FUND, MFS           :
HIGH INCOME FUND, MFS HIGH YIELD          :
OPPORTUNITIES FUND, BOND FUND, MFS        :
LIMITED MATURITY FUND, MFS RESEARCH       :
BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND,          :
MFS ARKANSAS MUNICIPAL BOND FUND,         :
MFS CALIFORNIA MUNICIPAL BOND FUND,       :
```

00001668.WPD ; 1

MFS FLORIDA MUNICIPAL BOND FUND, MFS   :
GEORGIA MUNICIPAL BOND FUND, MFS       :
MARYLAND MUNICIPAL BOND FUND, MFS      :
MASSACHUSETTS MUNICIPAL BOND FUND,     :
MFS MISSISSIPPI MUNICIPAL BOND FUND,   :
MFS MUNICIPAL BOND FUND, MFS           :
MUNICIPAL LIMITED MATURITY FUND,       :
MFS NEW YORK MUNICIPAL BOND FUND,      :
MFS NORTH CAROLINA MUNICIPAL BOND      :
FUND, MFS PENNSYLVANIA MUNICIPAL       :
BOND FUND, MFS SOUTH CAROLINA          :
MUNICIPAL BOND FUND, MFS TENNESSEE     :
MUNICIPAL BOND FUND, MFS VIRGINIA      :
MUNICIPAL BOND FUND, MFS WEST          :
VIRGINIA MUNICIPAL BOND FUND, MFS      :
EMERGING MARKETS EQUITY FUND, MFS      :
GLOBAL EQUITY FUND, MFS GLOBAL         :
GROWTH FUND, MFS GLOBAL TOTAL          :
RETURN FUND, MFS INTERNATIONAL         :
GROWTH FUND, MFS INTERNATIONAL         :
NEW DISCOVERY FUND, MFS                :
INTERNATIONAL VALUE FUND, MFS          :
RESEARCH INTERNATIONAL FUND, MFS       :
CASH RESERVE FUND, MFS GOVERNMENT      :
MONEY MARKET FUND, MFS                 :
GOVERMENT MONEY MARKET FUND, MFS       :
FUNDS, MFS MUNICIPAL SERIES TRUST,     :
MFS SERIES TRUST I, MFS SERIES TRUST II, :
MFS SERIES TRUST III, MFS SERIES TRUST IV, :
MFS SERIES TRUST V,MFS SERIES TRUST VII, :
MFS SERIES TRUST VIII, MFS SERIES TRUST :
IX, MFS SERIES TRUST X, MFS SERIES TRUST :
XI, MFS FUND REGISTRANTS, SUN LIFE      :
FINANCIAL, INC., MASSACHUSETTS          :
FINANCIAL SERVICES COMPANY DBA MFS      :
INVESTMENT MANAGEMENT, JOHN DOES        :
1-100, MFS and SERIES TRUST VI,         :
                                        :
                   Defendants.          :
--------------------------------------------------------------------X

00001668.WPD ; 1

David Pastor, declares, under penalty of perjury:

1.     I am a member of Gilman and Pastor, LLP. I submit this Declaration in support of the motion of Robert K. Willms for consolidation, appointment as Lead Plaintiff and for approval of selection of Lead and Liaison Counsel.

2.     Attached hereto as Exhibit A is a true and accurate copy of the notice published by plaintiff in the action entitled Bruce Riggs v. Massachusetts Financial Services Company, et al., 03-cv-12500 (WGY) (the "Riggs Action") on PR Newswire, a national, business-oriented newswire service, on December 11, 2003.

3.     Attached hereto as Exhibit B is a true and accurate copy of a chart presenting the transactions in the subject securities of Robert K. Willms.

4.     Attached hereto as Exhibit C is the certification of Robert K. Willms.

5.     Attached hereto as Exhibit D is a true copy of the firm resume of Cauley Geller Bowman & Rudman LLP.

6.     Attached hereto as Exhibit E is a true copy of the firm resume of Gilman and Pastor, LLP.

Dated: February 9, 2004

_____
David Pastor

# EXHIBIT A

PRN       Shareholder Class Action Filed Against Massachusetts Financial
          Dec 11 2003  13:20

                                Services
     Company, MFS Investment Management and the MFS Family of Mutual Funds by the
                         Law Firm of Schiffrin & Barroway, LLP

     BALA CYNWYD, Pa., Dec. 11 /PRNewswire/ -- The following statement was
issued today by the law firm of Schiffrin & Barroway, LLP:

     Notice is hereby given that a class action lawsuit was filed in the United
States District Court for the District of Massachusetts on behalf of all
purchasers, redeemers and holders of shares of MFS Capital Opportunities Fund
(Nasdaq: MCOFX), (Nasdaq: MCOBX), (Nasdaq: MCOCX), (Nasdaq: MFCRX), (Nasdaq:
MCOTX), (Nasdaq: EACOX), (Nasdaq: EBCOX), (Nasdaq: ECCOX), MFS Core Growth
Fund (Nasdaq: MFCAX), (Nasdaq: MFCBX), (Nasdaq: MFCCX), (Nasdaq: MCFRX),
(Nasdaq: MCRRX), MFS Emerging Growth Fund (Nasdaq: MEGRX), (Nasdaq: MEGBX),
(Nasdaq: MFECX), (Nasdaq: MFERX), (Nasdaq: MEGRX), (Nasdaq: EAGRX), (Nasdaq:
EBEGX), (Nasdaq: ECEGX), and other MFS Mutual Funds, which are managed by
Massachusetts Financial Services, a subsidiary of Sun Life Financial, Inc.
(NYSE: SLF) from December 15, 1998 through December 8, 2003, inclusive (the
"Class Period").
     If you wish to discuss this action or have any questions concerning this
notice or your rights or interests with respect to these matters, please
contact Schiffrin & Barroway, LLP (Marc A. Topaz, Esq. or Stuart L. Berman,
Esq.) toll-free at 1-888-299-7706 or 1-610-667-7706, or via e-mail at
info@sbclasslaw.com.

     The following MFS Mutual Funds are subject to this lawsuit:

     MFS Capital Opportunities Fund (Nasdaq: MCOFX), (Nasdaq: MCOBX), (Nasdaq:
     MCOCX), (Nasdaq: MFCRX), (Nasdaq: MCOTX), (Nasdaq: EACOX), (Nasdaq:
     EBCOX), (Nasdaq: ECCOX)
     MFS Core Growth Fund (Nasdaq: MFCAX), (Nasdaq: MFCBX), (Nasdaq: MFCCX),
     (Nasdaq: MCFRX), (Nasdaq: MCRRX)
     MFS Emerging Growth Fund (Nasdaq: MEGRX), (Nasdaq: MEGBX), (Nasdaq:
     MFECX), (Nasdaq: MFERX), (Nasdaq: MEGRX), (Nasdaq: EAGRX), (Nasdaq:
     EBEGX), (Nasdaq: ECEGX)
     MFS Growth Opportunities Fund (Nasdaq: MGOFX), (Nasdaq: MGOBX)
     MFS Large Cap Growth Fund (Nasdaq: MCGAX), (Nasdaq: MCGBX)
     MFS Managed Sectors Fund (Nasdaq: MMNSX), (Nasdaq: MSEBX), (Nasdaq:
     MMNCX)
     MFS Mid Cap Growth Fund (Nasdaq: OTCAX), (Nasdaq: OTCBX), (Nasdaq:
     OTCCX), (Nasdaq: MMCRX), (Nasdaq: MCPRX), (Nasdaq: EAMCX), (Nasdaq:
     EBCGX), (Nasdaq: ECGRX)
     MFS New Discovery Fund (Nasdaq: MNDAX), (Nasdaq: MNDBX), (Nasdaq: MNDCX),
     (Nasdaq: MFNRX), (Nasdaq: MNDRX), (Nasdaq: EANDX), (Nasdaq: EBNDX),
     (Nasdaq: ECNDX)
     MFS New Endeavor Fund (Nasdaq: MECAX), (Nasdaq: MECBX), (Nasdaq: MECCX),
     (Nasdaq: MNERX), (Nasdaq: MENRX)

Copyright (c) 2004

PRN        Shareholder Class Action Filed Against Massachusetts Financial
           Dec 11 2003  13:20

MFS Research Fund (Nasdaq: MFRFX), (Nasdaq: MFRBX), (Nasdaq: MFRCX),
(Nasdaq: MFRRX), (Nasdaq: MSRRX), (Nasdaq: EARFX), (Nasdaq: EBRFX),
(Nasdaq: ECRFX)
MFS Strategic Growth Fund (Nasdaq: MFSGX), (Nasdaq: MSBGX), (Nasdaq:
MFGCX), (Nasdaq: MSGRX), (Nasdaq: MSTRX), (Nasdaq: EASGX), (Nasdaq:
EBSGX), (Nasdaq: ECSGX)
MFS Technology Fund (Nasdaq: MTCAX), (Nasdaq: MTCBX), (Nasdaq: MTCCX),
(Nasdaq: MTQRX), (Nasdaq: MTERX)
Massachusetts Investors Growth Stock (Nasdaq: MIGFX), (Nasdaq: MIGBX),
(Nasdaq: MIGDX), (Nasdaq: MIGRX), (Nasdaq: MIRGX), (Nasdaq: EISTX),
(Nasdaq: EMIVX), (Nasdaq: EMICX)
MFS Mid Cap Value Fund (Nasdaq: MVCAX), (Nasdaq: MCBVX), (Nasdaq: MVCCX),
(Nasdaq: MMVRX), (Nasdaq: MCVRX), (Nasdaq: EACVX), (Nasdaq: EBCVX),
(Nasdaq: ECCVX)
MFS Research Growth and Income Fund (Nasdaq: MRGAX), (Nasdaq: MRGBX),
(Nasdaq: MRGCX), (Nasdaq: MGIRX), (Nasdaq: MRERX)
MFS Strategic Value Fund (Nasdaq: MSVTX), (Nasdaq:MSVCX), (Nasdaq:MQSVX),
(Nasdaq:MSVRX), (Nasdaq: MVSRX), (Nasdaq: EASVX), (Nasdaq: EBSVX),
(Nasdaq: ECSVX)
MFS Total Return Fund (Nasdaq: MSFRX), (Nasdaq: MTRBX), (Nasdaq: MTRCX),
(Nasdaq: MFTRX), (Nasdaq: MTRRX), (Nasdaq: EATRX), (Nasdaq: EBTRX),
(Nasdaq: ECTRX)
MFS Union Standard Equity Fund (Nasdaq: MUEAX), (Nasdaq: MUSBX), (Nasdaq:
MUECX)
MFS Utilities Fund (Nasdaq: MMUFX), (Nasdaq: MMUBX), (Nasdaq: MMUCX),
(Nasdaq: MMURX), (Nasdaq: MURRX)
MFS Value Fund (Nasdaq: MEIAX), (Nasdaq: MFEBX), (Nasdaq: MEICX),
(Nasdaq: MFVRX), (Nasdaq: MVRRX), (Nasdaq: EAVLX), (Nasdaq: EBVLX),
(Nasdaq: ECVLX)
Massachusetts Investors Trust (Nasdaq: MITTX), (Nasdaq: MITBX), (Nasdaq:
MITCX), (Nasdaq: MITRX), (Nasdaq: MIRTX), (Nasdaq: EAMTX), (Nasdaq:
EBMTX), (Nasdaq: ECITX)
MFS Aggressive Growth Allocation Fund (Nasdaq: MAAGX), (Nasdaq: MBAGX),
(Nasdaq: MCAGX), (Nasdaq: MAARX), (Nasdaq: MAWAX), (Nasdaq: EAGTX),
(Nasdaq: EBAAX), (Nasdaq: ECAAX)
MFS Conservative Allocation Fund (Nasdaq: MACFX), (Nasdaq: MACBX),
(Nasdaq: MACVX), (Nasdaq: MACRX), (Nasdaq: MCARX), (Nasdaq: ECLAX),
(Nasdaq: EBCAX), (Nasdaq: ECACX)
MFS Growth Allocation Fund (Nasdaq: MAGWX), (Nasdaq: MBGWX), (Nasdaq:
MCGWX), (Nasdaq: MGARX), (Nasdaq: MGALX), (Nasdaq: EAGWX), (Nasdaq:
EBGWX), (Nasdaq: ECGWX)
MFS Moderate Allocation Fund (Nasdaq: MAMAX), (Nasdaq: MMABX), (Nasdaq:
MMACX), (Nasdaq: MAMRX), (Nasdaq: MARRX), (Nasdaq: EAMDX), (Nasdaq:
EBMDX), (Nasdaq: ECMAX)
MFS Bond Fund (Nasdaq: MFBFX), (Nasdaq: MFBBX), (Nasdaq: MFBCX), (Nasdaq:
MFBRX), (Nasdaq: MBRRX), (Nasdaq: EABDX), (Nasdaq: EBBDX), (Nasdaq:
ECBDX)

Copyright (c) 2004

PRN        Shareholder Class Action Filed Against Massachusetts Financial
           Dec 11 2003  13:20

MFS Emerging Markets Debt Fund (Nasdaq: MEDAX), (Nasdaq: MEDBX), (Nasdaq: MEDCX)
MFS Government Limited Maturity Fund (Nasdaq: MGLFX), (Nasdaq: MGLBX), (Nasdaq: MGLCX)
MFS Government Mortgage Fund (Nasdaq: MGMTX), (Nasdaq: MGTBX)
MFS Government Securities Fund (Nasdaq: MFGSX), (Nasdaq: MFGBX), (Nasdaq: MFGDX), (Nasdaq: MGSRX), (Nasdaq: MGVSX), (Nasdaq: EAGSX), (Nasdaq: EBGSX), (Nasdaq: ECGSX)
MFS High Income Fund (Nasdaq: MHITX), (Nasdaq: MHIBX), (Nasdaq: MHICX), (Nasdaq: EAHIX), (Nasdaq: EMHBX), (Nasdaq: EMHCX) (Nasdaq: MHIIX), (Nasdaq: MHIRX)
MFS High Yield Opportunities Fund (Nasdaq: MHOAX), (Nasdaq: MHOBX), (Nasdaq: MHOCX), (Nasdaq: MHOIX)
MFS Intermediate Investment Grade Bond Fund (Nasdaq: MGBFX), (Nasdaq: MGBVX), (Nasdaq: MGBCX), (Nasdaq: MGBEX), (Nasdaq: MIBRX)
MFS Limited Maturity Fund (Nasdaq: MQLFX)     (Nasdaq: MQLBX), (Nasdaq: MQLCX), (Nasdaq: EALMX), (Nasdaq: EBLMX), (Nasdaq: ELDCX), (Nasdaq: MLDRX)
MFS Research Bond Fund (Nasdaq: MRBFX), (Nasdaq: MRBBX), (Nasdaq: MRBCX), (Nasdaq: EARBX), (Nasdaq: EBRBX), (Nasdaq: ECRBX), (Nasdaq: MRBIX), (Nasdaq: MRBRX)
MFS Strategic Income Fund (Nasdaq: MFIOX), (Nasdaq: MIOBX), (Nasdaq: MIOCX), (Nasdaq: MFIIX)
MFS Alabama Municipal Bond Fund (Nasdaq: MFALX), (Nasdaq: MBABX)
MFS Arkansas Municipal Bond Fund (Nasdaq: MFARX), (Nasdaq: MBARX)
MFS California Municipal Bond Fund  (Nasdaq: MCFTX),  (Nasdaq: MBCAX), (Nasdaq: MCCAX)
MFS Florida Municipal Bond Fund (Nasdaq: MFFLX), (Nasdaq: MBFLX)
MFS Georgia Municipal Bond Fund (Nasdaq: MMGAX), (Nasdaq: MBGAX)
MFS Maryland Municipal Bond Fund (Nasdaq: MFSMX), (Nasdaq: MBMDX)
MFS Massachusetts Municipal Bond Fund (Nasdaq: MFSSX), (Nasdaq: MBMAX)
MFS Mississippi Municipal Bond Fund (Nasdaq: MISSX), (Nasdaq: MBMSX),
MFS Municipal Bond Fund (Nasdaq: MMBFX), (Nasdaq: MMBBX)
MFS Municipal Limited Maturity Fund  (Nasdaq: MTLFX), (Nasdaq: MTLBX), (Nasdaq: MTLCX)
MFS New York Municipal Bond Fund (Nasdaq: MSNYX), (Nasdaq: MBNYX), (Nasdaq: MCNYX)
MFS North Carolina Municipal Bond Fund (Nasdaq: MSNCX), (Nasdaq: MBNCX), (Nasdaq: MCNCX)
MFS Pennsylvania Municipal Bond Fund (Nasdaq: MFPAX), (Nasdaq: MBPAX)
MFS South Carolina Municipal Bond Fund (Nasdaq: MFSCX), (Nasdaq: MBSCX)
MFS Tennessee Municipal Bond Fund (Nasdaq: MSTNX), (Nasdaq: MBTNX)
MFS Virginia Municipal Bond Fund (Nasdaq: MSVAX), (Nasdaq: MBVAX), (Nasdaq: MVACX)
MFS West Virginia Municipal Bond Fund (Nasdaq: MFWVX), (Nasdaq: MBWVX)
MFS Emerging Markets Equity Fund (Nasdaq: MEMAX), (Nasdaq: MEMBX), (Nasdaq: MEMCX), (Nasdaq: MEMIX)

Copyright (c) 2004

PRN        Shareholder Class Action Filed Against Massachusetts Financial
           Dec 11 2003  13:20

MFS Global Equity Fund (Nasdaq: MWEFX), (Nasdaq: MWEBX), (Nasdaq: MWECX),
(Nasdaq: MWEIX), (Nasdaq: MGERX)
MFS Global Growth Fund (Nasdaq: MWOFX), (Nasdaq: MWOBX), (Nasdaq: MWOCX),
(Nasdaq: MWOIX), (Nasdaq: MGLRX)
MFS Global Total Return Fund (Nasdaq: MFWTX),  (Nasdaq: MFWBX),  (Nasdaq:
MFWCX), (Nasdaq: MFWIX),  (Nasdaq: MGRRX)
MFS International Growth Fund (Nasdaq: MGRAX), (Nasdaq: MGRBX), (Nasdaq:
MGRCX), (Nasdaq: MQGIX)
MFS International New Discovery Fund (Nasdaq: MIDAX), (Nasdaq: MIDBX),
(Nasdaq: MIDCX), (Nasdaq: EAIDX), (Nasdaq: EBIDX), (Nasdaq: ECIDX),
(Nasdaq: MWNIX), (Nasdaq: MINRX)
MFS International Value Fund (Nasdaq: MGIAX), (Nasdaq: MGIBX), (Nasdaq:
MGICX), (Nasdaq: MINIX)
MFS Research International Fund (Nasdaq: MRSAX), (Nasdaq: MRIBX),
(Nasdaq: MRICX), (Nasdaq: EARSX), (Nasdaq: EBRIX), (Nasdaq: ECRIX),
(Nasdaq: MRSIX), (Nasdaq: MRIRX)

    The complaint charges Massachusetts Financial Services Company, MFS
Investment Management, Sun Life Financial, Inc. MFS Series Trust I, MFS Series
Trust II, MFS Series Trust III, MFS Series Trust IV, MFS Series Trust V, MFS
Series Trust VI, MFS Series Trust VII, MFS Series Trust VIII, MFS Series Trust
IX, MFS Series Trust X, MFS Series Trust XI, MFS Mutual Funds, and the Doe
Defendants with violations of the Securities Act of 1933 (the "Securities
Act"), the Securities Exchange Act of 1934 (the "Exchange Act"), the
Investment Company Act of 1940 (the "Investment Company Act"), and for common
law breach of fiduciary duties.  The Complaint alleges that during the Class
Period the defendants engaged in illegal and improper trading practices, in
concert with certain institutional traders, which caused financial injury to
the shareholders of the MFS Mutual Funds.  According to the Complaint, the
Defendants surreptitiously permitted certain favored investors, including the
Doe Defendants, to illegally engage in "timing" of the MFS Mutual Funds
whereby these favored investors were permitted to conduct short-term, "in and
out" trading of mutual fund shares, despite explicit restrictions on such
activity in the MFS Mutual Funds' prospectuses.
    Plaintiff seeks to recover damages on behalf of class members and is
represented by the law firm of Schiffrin & Barroway, which prosecutes class
actions in both state and federal courts throughout the country.  Schiffrin &
Barroway is a driving force behind corporate governance reform, and has
recovered in excess of a billion dollars on behalf of institutional and high
net worth individual investors.  For more information about Schiffrin &
Barroway, or to sign up to participate in this action online, please visit
http://www.sbclasslaw.com.
    If you are a member of the class described above, you may, not later than
February 9, 2004, move the Court to serve as lead plaintiff of the class, if
you so choose.  In order to serve as lead plaintiff, however, you must meet
certain legal requirements.  You may retain Schiffrin & Barroway, or other
counsel of your choice, to serve as your counsel in this action.

Copyright (c) 2004

PRN         Shareholder Class Action Filed Against Massachusetts Financial
            Dec 11 2003   13:20


    CONTACT:          Schiffrin & Barroway, LLP
                      Marc A. Topaz, Esq.
                      Stuart L. Berman, Esq.
                      Three Bala Plaza East, Suite 400, Bala Cynwyd, PA  19004
                      1-888-299-7706 (toll-free) or 1-610-667-7706
                      Or by e-mail at info@sbclasslaw.com

SOURCE  Schiffrin & Barroway, LLP
    -0-                            12/11/2003
    /CONTACT:  Marc A. Topaz, Esq. or Stuart L. Berman, Esq. of Schiffrin &
Barroway, +1-888-299-7706 (toll-free) or +1-610-667-7706, or
info@sbclasslaw.com/
    /Web site:  http://www.sbclasslaw.com /
    (SLF)

CO:  Schiffrin & Barroway, LLP; Massachusetts Financial Services; Sun Life
     Financial, Inc.
ST:  Pennsylvania, Massachusetts
IN:  INS MFD FIN
SU:  LAW

-0- Dec/11/2003 18:20 GMT

Copyright (c) 2004

# EXHIBIT B

**MFS Mutual Fund Holdings - Robert K. Willms**

| Account # | Fund | Date of Purchase | # Shares | Price/share | Extension | Total by Fund |
|---|---|---|---|---|---|---|
| UW-03603 | MCGAX | 12/31/01 | 10916.612 | $12.280 | $134,056.00 | $134,056.00 |
| UW-00653 | MCOFX | 12/07/99 | 3018.783 | $22.363 | $67,509.04 | |
| UW-00654 | MCOFX | 12/07/99 | 221.377 | $22.378 | $4,953.97 | |
| UW-00653 | MCOFX | 12/31/99 | 521.537 | $19.200 | $10,013.51 | |
| UW-00654 | MCOFX | 12/31/99 | 38.246 | $19.200 | $734.32 | |
| UW-00653 | MCOFX | 12/18/00 | 204.514 | $17.960 | $3,673.07 | |
| UW-00654 | MCOFX | 12/18/00 | 14.988 | $17.960 | $269.18 | |
| UW-00654 | MCOFX | 12/18/00 | 14.131 | $17.961 | $253.81 | $87,406.92 |
| UW-03603 | MEIAX | 12/31/01 | 5976.313 | $19.420 | $116,060.00 | |
| UW-03603 | MEIAX | 01/31/02 | 0.025 | $19.200 | $0.48 | |
| UW-03603 | MEIAX | 01/31/02 | 23.018 | $19.130 | $440.33 | |
| UW-03603 | MEIAX | 03/26/02 | 8.142 | $19.790 | $161.13 | |
| UW-03603 | MEIAX | 06/26/02 | 13.496 | $18.250 | $246.30 | |
| UW-03603 | MEIAX | 09/26/02 | 24.099 | $16.240 | $391.37 | |
| UW-03603 | MEIAX | 12/23/02 | 17.863 | $16.920 | $302.24 | |
| UW-03603 | MEIAX | 03/26/03 | 22.299 | $15.770 | $351.66 | |
| UW-03603 | MEIAX | 06/26/03 | 19.497 | $17.790 | $346.85 | |
| UW-03603 | MEIAX | 09/26/03 | 18.768 | $17.890 | $335.76 | |
| UW-03603 | MEIAX | 12/02/03 | 16.860 | $19.250 | $324.56 | $118,960.68 |

**MFS Mutual Fund Holdings - Robert K. Willms**

| Account # | Fund | Date of Purchase | # Shares | Price/share | Extension | Total by Fund |
|---|---|---|---|---|---|---|
| UW-03556 | MFEGX | 12/06/99 | 453.686 | $58.199 | $26,404.07 | |
| UW-00653 | MFEGX | 12/07/99 | 1158.997 | $58.247 | $67,508.10 | |
| UW-00654 | MFEGX | 12/07/99 | 84.993 | $58.270 | $4,952.54 | |
| UW-03555 | MFEGX | 12/08/99 | 486.747 | $57.958 | $28,210.88 | |
| UW-03557 | MFEGX | 12/08/99 | 638.481 | $57.956 | $37,003.80 | |
| UW-03604 | MFEGX | 12/08/99 | 1349.587 | $57.953 | $78,212.62 | |
| UW-03608 | MFEGX | 12/08/99 | 124.504 | $57.982 | $7,218.99 | |
| UW-00653 | MFEGX | 12/31/99 | 6.025 | $60.191 | $362.65 | |
| UW-00654 | MFEGX | 12/31/99 | 0.442 | $60.158 | $26.59 | |
| UW-03555 | MFEGX | 12/31/99 | 2.530 | $60.198 | $152.30 | |
| UW-03556 | MFEGX | 12/31/99 | 2.358 | $60.204 | $141.96 | |
| UW-03557 | MFEGX | 12/31/99 | 3.319 | $60.193 | $199.78 | |
| UW-03604 | MFEGX | 12/31/99 | 8.219 | $60.203 | $494.81 | |
| UW-03608 | MFEGX | 12/31/99 | 0.647 | $60.216 | $38.96 | |
| UW-00653 | MFEGX | 12/18/00 | 127.690 | $46.720 | $5,965.68 | |
| UW-00654 | MFEGX | 12/18/00 | 9.364 | $46.719 | $437.48 | |
| UW-03555 | MFEGX | 12/18/00 | 53.626 | $46.720 | $2,505.41 | |
| UW-03556 | MFEGX | 12/18/00 | 49.984 | $46.720 | $2,335.25 | |
| UW-03557 | MFEGX | 12/18/00 | 70.344 | $46.720 | $3,286.47 | |
| UW-03604 | MFEGX | 12/18/00 | 169.452 | $46.720 | $7,916.80 | |
| UW-03608 | MFEGX | 12/18/00 | 13.717 | $46.720 | $640.86 | |
| UW-03603 | MFEGX | 11/07/01 | 1581.278 | $31.620 | $50,000.01 | $324,016.01 |

**MFS Mutual Fund Holdings - Robert K. Willms**

| Account # | Fund | Date of Purchase | # Shares | Price/share | Extension | Total by Fund |
|---|---|---|---|---|---|---|
| UW-03556 | MIGFX | 12/06/99 | 1298.574 | $20.330 | $26,400.01 | |
| UW-00653 | MIGFX | 12/07/99 | 3331.688 | $20.262 | $67,506.66 | |
| UW-00654 | MIGFX | 12/07/99 | 244.324 | $20.276 | $4,953.91 | |
| UW-03603 | MIGFX | 12/07/99 | 23.863 | $20.260 | $483.46 | |
| UW-03555 | MIGFX | 12/08/99 | 1392.938 | $20.253 | $28,211.17 | |
| UW-03557 | MIGFX | 12/08/99 | 1827.160 | $20.252 | $37,003.64 | |
| UW-03604 | MIGFX | 12/08/99 | 2977.591 | $20.251 | $60,299.20 | |
| UW-03608 | MIGFX | 12/08/99 | 356.296 | $20.261 | $7,218.91 | |
| UW-00653 | MIGFX | 12/31/99 | 286.116 | $18.820 | $5,384.70 | |
| UW-00654 | MIGFX | 12/31/99 | 20.982 | $18.820 | $394.88 | |
| UW-03555 | MIGFX | 12/31/99 | 119.622 | $18.820 | $2,251.29 | |
| UW-03556 | MIGFX | 12/31/99 | 111.518 | $18.820 | $2,098.77 | |
| UW-03557 | MIGFX | 12/31/99 | 156.911 | $18.820 | $2,953.07 | |
| UW-03603 | MIGFX | 12/31/99 | 932.527 | $18.820 | $17,550.16 | |
| UW-03604 | MIGFX | 12/31/99 | 388.631 | $18.820 | $7,314.04 | |
| UW-03608 | MIGFX | 12/31/99 | 30.597 | $18.820 | $575.84 | |
| UW-00653 | MIGFX | 12/18/00 | 194.171 | $17.170 | $3,333.92 | |
| UW-00654 | MIGFX | 12/18/00 | 14.239 | $17.170 | $244.48 | |
| UW-00654 | MIGFX | 12/18/00 | 12.405 | $17.170 | $212.99 | |
| UW-03555 | MIGFX | 12/18/00 | 70.725 | $17.170 | $1,214.35 | |
| UW-03555 | MIGFX | 12/18/00 | 81.181 | $17.170 | $1,393.88 | |
| UW-03556 | MIGFX | 12/18/00 | 75.681 | $17.170 | $1,299.44 | |
| UW-03556 | MIGFX | 12/18/00 | 65.934 | $17.170 | $1,132.09 | |
| UW-03557 | MIGFX | 12/18/00 | 106.487 | $17.170 | $1,828.38 | |
| UW-03557 | MIGFX | 12/18/00 | 92.772 | $17.170 | $1,592.90 | |
| UW-03603 | MIGFX | 12/18/00 | 609.508 | $17.170 | $10,465.25 | |
| UW-03603 | MIGFX | 12/18/00 | 531.005 | $17.170 | $9,117.36 | |
| UW-03604 | MIGFX | 12/18/00 | 256.038 | $17.170 | $4,396.17 | |
| UW-03604 | MIGFX | 12/18/00 | 223.062 | $17.170 | $3,829.97 | |
| UW-03608 | MIGFX | 12/18/00 | 20.765 | $17.170 | $356.54 | |
| UW-03608 | MIGFX | 12/18/00 | 18.090 | $17.170 | $310.61 | |
| UW-03555 | MIGFX | 06/27/01 | 1081.993 | $14.050 | $15,202.00 | $326,530.03 |

**MFS Mutual Fund Holdings - Robert K. Willms**

| Account # | Fund | Date of Purchase | # Shares | Price/share | Extension | Total by Fund |
|---|---|---|---|---|---|---|
| UW-03603 | MITTX | 12/07/99 | 3742.188 | $20.480 | $76,640.01 | |
| UW-03604 | MITTX | 12/08/99 | 3777.623 | $20.461 | $77,293.94 | |
| UW-03603 | MITTX | 12/31/99 | 267.313 | $20.160 | $5,389.03 | |
| UW-03604 | MITTX | 12/31/99 | 111.457 | $20.160 | $2,246.97 | |
| UW-03603 | MITTX | 12/04/00 | 92.271 | $21.031 | $1,940.55 | |
| UW-03603 | MITTX | 12/04/00 | 379.902 | $19.810 | $7,525.86 | |
| UW-03604 | MITTX | 12/04/00 | 36.952 | $21.037 | $777.36 | |
| UW-03604 | MITTX | 12/04/00 | 146.590 | $19.810 | $2,903.95 | |
| UW-03603 | MITTX | 03/28/01 | 95.729 | $17.150 | $1,641.75 | |
| UW-03604 | MITTX | 03/28/01 | 36.939 | $17.150 | $633.50 | |
| UW-03604 | MITTX | 12/04/01 | 34.998 | $16.540 | $578.87 | |
| UW-03604 | MITTX | 12/04/01 | 13.111 | $16.540 | $216.86 | |
| UW-03603 | MITTX | 03/26/02 | 3.346 | $16.500 | $55.21 | |
| UW-03604 | MITTX | 03/26/02 | 3.068 | $16.499 | $50.62 | |
| UW-03603 | MITTX | 12/03/02 | 18.974 | $13.380 | $253.87 | |
| UW-03604 | MITTX | 12/03/02 | 17.145 | $13.380 | $229.40 | |
| UW-03603 | MITTX | 03/26/03 | 7.729 | $12.601 | $97.39 | |
| UW-03604 | MITTX | 03/26/03 | 6.983 | $12.601 | $87.99 | |
| UW-03603 | MITTX | 12/02/03 | 21.694 | $14.980 | $324.98 | |
| UW-03604 | MITTX | 12/02/03 | 19.392 | $14.980 | $290.49 | $179,178.61 |
| UW-00653 | MNDAX | 03/06/00 | 1276.166 | $27.233 | $34,753.83 | |
| UW-00653 | MNDAX | 12/11/00 | 45.545 | $18.050 | $822.09 | |
| UW-00653 | MNDAX | 12/10/01 | 0.021 | $16.667 | $0.35 | $35,576.27 |
| UW-00653 | MRSAX | 03/06/00 | 1999.425 | $17.380 | $34,750.01 | |
| UW-00653 | MRSAX | 12/18/00 | 21.011 | $14.270 | $299.83 | |
| UW-00653 | MRSAX | 12/18/00 | 48.272 | $14.270 | $688.84 | $35,738.67 |
| UW-03603 | OTCAX | 12/07/00 | 13733.313 | $13.520 | $185,674.39 | |
| UW-03555 | OTCAX | 06/27/01 | 1204.596 | $12.620 | $15,202.00 | |
| UW-03603 | OTCAX | 11/07/01 | 4960.317 | $10.080 | $50,000.00 | |
| UW-03555 | OTCAX | 01/31/02 | 0.002 | $10.000 | $0.02 | |
| UW-03555 | OTCAX | 01/31/02 | 19.487 | $9.780 | $190.58 | |
| UW-03603 | OTCAX | 01/31/02 | 302.405 | $9.780 | $2,957.52 | $254,024.51 |
| **TOTAL** | | | 76,883.916 | | | **$1,495,487.69** |

# EXHIBIT C

Cauley Geller Bowman & Rudman, LLP
P.O. Box 25438, Little Rock, AR 72221-5438
(501) 312-8500; (501) 312-8505 Facsimile
info@cauleygeller.com

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

*ROBERT R. WILLMS* ("Plaintiff"), declares as to the claims asserted, or to be asserted, under the federal securities laws, that:

1. Plaintiff has reviewed the ___*MFS*___ [mutual fund company name] complaint.

2. Plaintiff did not purchase any common stock/securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4. BEFORE the start of the Class Period, Plaintiff held ___*0*___ shares ___*MFS*___ [mutual fund company name] mutual funds.

5. The following includes all of Plaintiff's transactions DURING the Class Period specified in the complaint for the mutual fund(s) that is/ are the subject of this action:

| FUND NAME / TICKER SYMBOL | TRANSACTION (Purchase, Sale) | QUANTITY | TRADE DATE | PRICE PER SHARE/SECURITY |
|---|---|---|---|---|
| *(SEE ATTACHED)* | | | | |

Please list additional transactions on a separate sheet if necessary.

6. Plaintiff's shares were acquired (check all that apply): ☑IRA    ☐ Employer-sponsored plan (401K, 403B, etc.)
   ☑Non-retirement account    ☐ Merger/acquisition    ☑Other (describe): *Charitable Remainder Trust*

7. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws within the past three years, unless otherwise stated in the space below:

8. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this *7th* day of *January*, 200*4*.

_____
SIGNATURE

Name (print): *ROBERT K WILLMS*