UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
                                                               :
BRUCE RIGGS, Individually, and on Behalf of                    :
All Others Similarly Situated,                                 :
                                                               :
                                                               : Civ. No. 03 CV 12500 (WGY)
                    Plaintiff,                                 :
                                                               :
         vs.                                                   :
                                                               :
MASSACHUSETTS FINANCIAL SERVICES                               :
COMPANY, MFS INVESTMENT                                        :
MANAGEMENT, SUN LIFE FINANCIAL, INC.,                          :
MFS SERIES TRUST I, MFS SERIES TRUST II,                       :
MFS SERIES TRUST III, MFS SERIES TRUST IV,                     :
MFS SERIES TRUST V, MFS SERIES TRUST VI,                       :
MFS SERIES TRUST VII, MFS SERIES TRUST                         :
VIII, MFS SERIES TRUST IX, MFS SERIES                          :
TRUST X, MFS SERIES TRUST XI, MFS                              :
CAPITAL OPPORTUNITIES FUND, MFS CORE                           :
GROWTH FUND, MFS LARGE CAP GROWTH                              :
FUND, MFS MANAGED SECTORS FUND, MFS                            :
MID CAP GROWTH FUND, MFS NEW                                   :
DISCOVERY FUND, MFS NEW ENDEAVOR                               :
FUND, MFS RESEARCH FUND, MFS                                   :
STRATEGIC GROWTH FUND, MFS                                     :
TECHNOLOGY FUND, MASSACHUSETTS                                 :
INVESTORS GROWTH STOCK, MFS MID CAP                            :
VALUE FUND, MFS RESEARCH GROWTH                                :
AND INCOME FUND, MFS TOTAL RETURN                              :
FUND, MFS UNION STANDARD EQUITY FUND,                          :
MFS UTILITIES FUND, MFS VALUE FUND,                            :
_____                       :

[Caption continued on next page]


**DECLARATION OF BRADLEY P. DYER IN SUPPORT OF THE MOTION OF THE
BURRELL PROPOSED LEAD PLAINTIFFS FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD AND LIAISON
COUNSEL**

MASSACHUSETTS INVESTORS TRUST, MFS             :
AGGRESSIVE GROWTH ALLOCATION FUND,             :
MFS CONSERVATIVE ALLOCATION FUND,              :
MFS MODERATE ALLOCATION FUND, MFS              :
BOND FUND, MFS EMERGING MARKETS                :
DEBT FUND, MFS GOVERNMENTAL                    :
LIMITED MATURITY FUND, MFS                     :
GOVERNMENT MORTGAGE FUND, MFS                  :
GOVERNMENT SECURITIES FUND, MFS                :
HIGH INCOME FUND, MFS HIGH YIELD               :
OPPORTUNITIES FUND, BOND FUND, MFS             :
LIMITED MATURITY FUND, MFS RESEARCH            :
BOND FUND, MFS STRATEGIC INCOME FUND,          :
MFS ALABAMA MUNICIPAL BOND FUND,               :
MFS ARKANSAS MUNICIPAL BOND FUND,              :
MFS CALIFORNIA MUNICIPAL BOND FUND,            :
MFS FLORIDA MUNICIPAL BOND FUND, MFS           :
GEORGIA MUNICIPAL BOND FUND, MFS               :
MARYLAND MUNICIPAL BOND FUND, MFS              :
MASSACHUSETTS MUNICIPAL BOND FUND,             :
MFS MISSISSIPPI MUNICIPAL BOND FUND,           :
MFS MUNICIPAL BOND FUND, MFS                   :
MUNICIPAL LIMITED MATURITY FUND,               :
MFS NEW YORK MUNICIPAL BOND FUND,              :
MFS NORTH CAROLINA MUNICIPAL BOND              :
FUND, MFS PENNSYLVANIA MUNICIPAL               :
BOND FUND, MFS SOUTH CAROLINA                  :
MUNICIPAL BOND FUND, MFS TENNESSEE             :
MUNICIPAL BOND FUND, MFS VIRGINIA              :
MUNICIPAL BOND FUND, MFS WEST                  :
VIRGINIA MUNICIPAL BOND FUND, MFS              :
EMERGING MARKETS EQUITY FUND, MFS              :
GLOBAL EQUITY FUND, MFS GLOBAL                 :
GROWTH FUND, MFS GLOBAL TOTAL                  :
RETURN FUND, MFS INTERNATIONAL                 :
GROWTH FUND, MFS INTERNATIONAL                 :
NEW DISCOVERY FUND, MFS                        :
INTERNATIONAL VALUE FUND, MFS                  :
RESEARCH INTERNATIONAL FUND, MFS               :
SERIES TRUST VII and ALL DEFENDANTS,           :
                                               :
                        Defendants.            :
                                               :
-----------------------------------------------X

[Additional Captions Set Forth Below]

```
-----------------------------------------------------------X
                                                           :
OLIVER S. TRONE, Individually, and on Behalf of            :
All Others Similarly Situated,                             :
                                                           :
                                                           :  Civ. No. 03 CV 12514 (WGY)
                            Plaintiff,                     :
                                                           :
              vs.                                          :
                                                           :
MFS CAPITAL OPPORTUNITIES FUND, MFS                        :
CORE GROWTH FUND, MFS LARGE CAP                            :
GROWTH FUND, MFS MANAGED SECTORS                           :
FUND, MFS MID CAP GROWTH FUND, MFS                         :
NEW DISCOVERY FUND, MFS NEW                                :
ENDEAVOR FUND, MFS RESEARCH FUND,                          :
MFS STRATEGIC GROWTH FUND, MFS                             :
TECHNOLOGY FUND, MASSACHUSETTS                             :
INVESTORS GROWTH STOCK, MFS MID CAP                        :
VALUE FUND, MFS RESEARCH GROWTH                            :
AND INCOME FUND, MFS TOTAL RETURN                          :
FUND, MFS UNION STANDARD EQUITY FUND,                      :
MFS UTILITIES FUND, MFS VALUE FUND,                        :
MASSACHUSETTS INVESTORS TRUST, MFS                         :
AGGRESSIVE GROWTH ALLOCATION FUND,                         :
MFS CONSERVATIVE ALLOCATION FUND,                          :
MFS MODERATE ALLOCATION FUND, MFS                          :
BOND FUND, MFS EMERGING MARKETS                            :
DEBT FUND, MFS GOVERNMENTAL                                :
LIMITED MATURITY FUND, MFS                                 :
GOVERNMENT MORTGAGE FUND, MFS                              :
GOVERNMENT SECURITIES FUND, MFS                            :
HIGH INCOME FUND, MFS HIGH YIELD                           :
OPPORTUNITIES FUND, BOND FUND, MFS                         :
LIMITED MATURITY FUND, MFS RESEARCH                        :
BOND FUND, MFS STRATEGIC INCOME FUND,                      :
MFS ALABAMA MUNICIPAL BOND FUND,                           :
MFS ARKANSAS MUNICIPAL BOND FUND,                          :
MFS CALIFORNIA MUNICIPAL BOND FUND,                        :
MFS FLORIDA MUNICIPAL BOND FUND, MFS                       :
GEORGIA MUNICIPAL BOND FUND, MFS                           :
MARYLAND MUNICIPAL BOND FUND, MFS                          :
MASSACHUSETTS MUNICIPAL BOND FUND,                         :
MFS MISSISSIPPI MUNICIPAL BOND FUND,                       :
```

MFS MUNICIPAL BOND FUND, MFS :
MUNICIPAL LIMITED MATURITY FUND, :
MFS NEW YORK MUNICIPAL BOND FUND, :
MFS NORTH CAROLINA MUNICIPAL BOND :
FUND, MFS PENNSYLVANIA MUNICIPAL :
BOND FUND, MFS SOUTH CAROLINA :
MUNICIPAL BOND FUND, MFS TENNESSEE :
MUNICIPAL BOND FUND, MFS VIRGINIA :
MUNICIPAL BOND FUND, MFS WEST :
VIRGINIA MUNICIPAL BOND FUND, MFS :
EMERGING MARKETS EQUITY FUND, MFS :
GLOBAL EQUITY FUND, MFS GLOBAL :
GROWTH FUND, MFS GLOBAL TOTAL :
RETURN FUND, MFS INTERNATIONAL :
GROWTH FUND, MFS INTERNATIONAL :
NEW DISCOVERY FUND, MFS :
INTERNATIONAL VALUE FUND, MFS :
RESEARCH INTERNATIONAL FUND, MFS :
CASH RESERVE FUND, MFS GOVERNMENT :
MONEY MARKET FUND, MFS MONEY :
MARKET FUND, MFS MUNICIPAL SERIES :
TRUST, MFS SERIES TRUST I, MFS SERIES :
TRUST II, MFS SERIES TRUST III, MFS SERIES :
TRUST IV, MFS SERIES TRUST V, MFS SERIES :
TRUST VI, MFS SERIES TRUST VII, MFS SERIES:
TRUST VIII, MFS SERIES TRUST IX, MFS :
SERIES TRUST X, MFS SERIES TRUST XI, SUN :
LIFE FINANCIAL, INC., JOHN DOES 1-100, and :
ALL DEFENDANTS, :
: 
                              Defendants. :
                                          :
------------------------------------------------------------X

```
-----------------------------------------------------------X
                                                           :
DANIELLE ADAMS and                                         :
DEAN DELLAVENTURA, Individually, and on                    :
Behalf of All Others Similarly Situated,                   :
                                                           :  Civ. No. 03 CV 12536 (WGY)
                        Plaintiff,                         :
                                                           :
        vs.                                                :
                                                           :
MFS CAPITAL OPPORTUNITIES FUND, MFS                        :
CORE GROWTH FUND, MFS LARGE CAP                            :
GROWTH FUND, MFS MANAGED SECTORS                           :
FUND, MFS MID CAP GROWTH FUND, MFS                         :
NEW DISCOVERY FUND, MFS NEW                                :
ENDEAVOR FUND, MFS RESEARCH FUND,                          :
MFS STRATEGIC GROWTH FUND, MFS                             :
TECHNOLOGY FUND, MASSACHUSETTS                             :
INVESTORS GROWTH STOCK, MFS MID CAP                        :
VALUE FUND, MFS RESEARCH GROWTH                            :
AND INCOME FUND, MFS TOTAL RETURN                          :
FUND, MFS UNION STANDARD EQUITY FUND,                      :
MFS UTILITIES FUND, MFS VALUE FUND,                        :
MASSACHUSETTS INVESTORS TRUST, MFS                         :
AGGRESSIVE GROWTH ALLOCATION FUND,                         :
MFS CONSERVATIVE ALLOCATION FUND,                          :
MFS MODERATE ALLOCATION FUND, MFS                          :
BOND FUND, MFS EMERGING MARKETS                            :
DEBT FUND, MFS GOVERNMENTAL                                :
LIMITED MATURITY FUND, MFS                                 :
GOVERNMENT MORTGAGE FUND, MFS                              :
GOVERNMENT SECURITIES FUND, MFS                            :
HIGH INCOME FUND, MFS HIGH YIELD                           :
OPPORTUNITIES FUND, BOND FUND, MFS                         :
LIMITED MATURITY FUND, MFS RESEARCH                        :
BOND FUND, MFS STRATEGIC INCOME FUND,                      :
MFS ALABAMA MUNICIPAL BOND FUND,                           :
MFS ARKANSAS MUNICIPAL BOND FUND,                          :
MFS CALIFORNIA MUNICIPAL BOND FUND,                        :
MFS FLORIDA MUNICIPAL BOND FUND, MFS                       :
GEORGIA MUNICIPAL BOND FUND, MFS                           :
MARYLAND MUNICIPAL BOND FUND, MFS                          :
```

00001669.WPD ; 1

MASSACHUSETTS MUNICIPAL BOND FUND, :
MFS MISSISSIPPI MUNICIPAL BOND FUND, :
MFS MUNICIPAL BOND FUND, MFS
MUNICIPAL LIMITED MATURITY FUND, :
MFS NEW YORK MUNICIPAL BOND FUND, :
MFS NORTH CAROLINA MUNICIPAL BOND
FUND, MFS PENNSYLVANIA MUNICIPAL :
BOND FUND, MFS SOUTH CAROLINA
MUNICIPAL BOND FUND, MFS TENNESSEE :
MUNICIPAL BOND FUND, MFS VIRGINIA
MUNICIPAL BOND FUND, MFS WEST :
VIRGINIA MUNICIPAL BOND FUND, MFS
EMERGING MARKETS EQUITY FUND, MFS :
GLOBAL EQUITY FUND, MFS GLOBAL
GROWTH FUND, MFS GLOBAL TOTAL :
RETURN FUND, MFS INTERNATIONAL
GROWTH FUND, MFS INTERNATIONAL :
NEW DISCOVERY FUND, MFS
INTERNATIONAL VALUE FUND, MFS :
RESEARCH INTERNATIONAL FUND, MFS
CASH RESERVE FUND, MFS GOVERNMENT :
MONEY MARKET FUND, MFS MONEY
MARKET FUND, MFS MUNICIPAL SERIES :
TRUST, MFS SERIES TRUST I, MFS SERIES
TRUST II, MFS SERIES TRUST III, MFS SERIES :
TRUST IV, MFS SERIES TRUST V, MFS SERIES :
TRUST VI, MFS SERIES TRUST VII, MFS SERIES :
TRUST VIII, MFS SERIES TRUST IX, MFS :
SERIES TRUST X, MFS SERIES TRUST XI, SUN :
LIFE FINANCIAL, INC., MASSACHUSETTS
FINANCIAL SERVICES COMPANY DBA MFS :
INVESTMENT MANAGEMENT, and JOHN DOES :
1-100                                          :
                    Defendants.           :
                                                                                           :
----------------------------------------------------------------X

------------------------------------------------------------X
:
STEVEN GREENBERG, on Behalf of Himself and :
All Others Similarly Situated, :
: Civ. No. 03 CV 12545 (WGY)
                Plaintiff, :
:
    vs. :
:
MASSACHUSETTS FINANCIAL SERVICES :
COMPANY, MFS SERIES TRUST I, MFS SERIES :
TRUST II, MFS SERIES TRUST III, MFS SERIES :
TRUST IV, MFS SERIES TRUST V, MFS SERIES :
TRUST VI, MFS SERIES TRUST VII, MFS SERIES :
TRUST VIII, MFS SERIES TRUST IX, MFS :
SERIES TRUST X, and MFS SERIES TRUST XI, :
:
               Defendants. :
:
------------------------------------------------------------X

00001669.WPD ; 1

```
-----------------------------------------------------------X
                                                           :
JACOB ELEPHANT, on Behalf of Himself and                   :
All Others Similarly Situated,                             :
                                                           :
                    Plaintiff,                             :   Civ. No. 03 CV 12570 (WGY)
                                                           :
         vs.                                               :
                                                           :
MASSACHUSETTS FINANCIAL SERVICES                           :
COMPANY, MFS INVESTMENT                                    :
MANAGEMENT, SUN LIFE FINANCIAL, INC.,                      :
MFS SERIES TRUST I, MFS SERIES TRUST II,                   :
MFS SERIES TRUST III, MFS SERIES TRUST IV,                 :
MFS SERIES TRUST V, MFS SERIES TRUST VI,                   :
MFS SERIES TRUST VII, MFS SERIES TRUST                     :
VIII, MFS SERIES TRUST IX, MFS SERIES                      :
TRUST X, MFS SERIES TRUST XI, MFS                          :
CAPITAL OPPORTUNITIES FUND, MFS CORE                       :
GROWTH FUND, MFS LARGE CAP GROWTH                          :
FUND, MFS MANAGED SECTORS FUND, MFS                        :
MID CAP GROWTH FUND, MFS NEW                               :
DISCOVERY FUND, MFS NEW ENDEAVOR                           :
FUND, MFS RESEARCH FUND, MFS                               :
STRATEGIC GROWTH FUND, MFS                                 :
TECHNOLOGY FUND, MASSACHUSETTS                             :
INVESTORS GROWTH STOCK, MFS MID CAP                        :
VALUE FUND, MFS RESEARCH GROWTH                            :
AND INCOME FUND, MFS TOTAL RETURN                          :
FUND, MFS UNION STANDARD EQUITY FUND,                      :
MFS UTILITIES FUND, MFS VALUE FUND,                        :
MASSACHUSETTS INVESTORS TRUST, MFS                         :
AGGRESSIVE GROWTH ALLOCATION FUND,                         :
MFS CONSERVATIVE ALLOCATION FUND,                          :
MFS MODERATE ALLOCATION FUND, MFS                          :
BOND FUND, MFS EMERGING MARKETS                            :
DEBT FUND, MFS GOVERNMENTAL                                :
LIMITED MATURITY FUND, MFS                                 :
GOVERNMENT MORTGAGE FUND, MFS                              :
GOVERNMENT SECURITIES FUND, MFS                            :
HIGH INCOME FUND, MFS HIGH YIELD                           :
OPPORTUNITIES FUND, BOND FUND, MFS                         :
LIMITED MATURITY FUND, MFS RESEARCH                        :
```

00001669.WPD ; 1

BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND,       :
MFS ARKANSAS MUNICIPAL BOND FUND,      :
MFS CALIFORNIA MUNICIPAL BOND FUND,    :
MFS FLORIDA MUNICIPAL BOND FUND, MFS   :
GEORGIA MUNICIPAL BOND FUND, MFS       :
MARYLAND MUNICIPAL BOND FUND, MFS      :
MASSACHUSETTS MUNICIPAL BOND FUND,     :
MFS MISSISSIPPI MUNICIPAL BOND FUND,   :
MFS MUNICIPAL BOND FUND, MFS           :
MUNICIPAL LIMITED MATURITY FUND,       :
MFS NEW YORK MUNICIPAL BOND FUND,      :
MFS NORTH CAROLINA MUNICIPAL BOND      :
FUND, MFS PENNSYLVANIA MUNICIPAL       :
BOND FUND, MFS SOUTH CAROLINA          :
MUNICIPAL BOND FUND, MFS TENNESSEE     :
MUNICIPAL BOND FUND, MFS VIRGINIA      :
MUNICIPAL BOND FUND, MFS WEST          :
VIRGINIA MUNICIPAL BOND FUND, MFS      :
EMERGING MARKETS EQUITY FUND, MFS      :
GLOBAL EQUITY FUND, MFS GLOBAL         :
GROWTH FUND, MFS GLOBAL TOTAL          :
RETURN FUND, MFS INTERNATIONAL         :
GROWTH FUND, MFS INTERNATIONAL         :
NEW DISCOVERY FUND, MFS                :
INTERNATIONAL VALUE FUND, MFS          :
RESEARCH INTERNATIONAL FUND, JOHN      :
DOES 1-100, and MFS FUNDS              :
                                       :
                         Defendants.   :
------------------------------------------X

------------------------------------------------------------X
:
YAKOV BURSTEIN, Individually and on Behalf of :
All Others Similarly Situated, :
:
:
                       Plaintiff, :     Civ. No. 03 CV 12622 (WGY)
:
       vs. :
:
:
MFS GLOBAL TELECOMMUNICATIONS FUND, :
CAPITAL OPPORTUNITIES FUND, MFS CORE :
GROWTH FUND, MFS LARGE CAP GROWTH :
FUND, MFS MANAGED SECTORS FUND, MFS :
MID CAP GROWTH FUND, MFS NEW :
DISCOVERY FUND, MFS NEW ENDEAVOR :
FUND, MFS RESEARCH FUND, MFS :
STRATEGIC GROWTH FUND, MFS :
TECHNOLOGY FUND, MASSACHUSETTS :
INVESTORS GROWTH STOCK, MFS MID CAP :
VALUE FUND, MFS RESEARCH GROWTH :
AND INCOME FUND, MFS TOTAL RETURN :
FUND, MFS UNION STANDARD EQUITY FUND, :
MFS UTILITIES FUND, MFS VALUE FUND, :
MASSACHUSETTS INVESTORS TRUST, MFS :
AGGRESSIVE GROWTH ALLOCATION FUND, :
MFS CONSERVATIVE ALLOCATION FUND, :
MFS MODERATE ALLOCATION FUND, MFS :
BOND FUND, MFS EMERGING MARKETS :
DEBT FUND, MFS GOVERNMENTAL :
LIMITED MATURITY FUND, MFS :
GOVERNMENT MORTGAGE FUND, MFS :
GOVERNMENT SECURITIES FUND, MFS :
HIGH INCOME FUND, MFS HIGH YIELD :
OPPORTUNITIES FUND, BOND FUND, MFS :
LIMITED MATURITY FUND, MFS RESEARCH :
BOND FUND, MFS STRATEGIC INCOME FUND, :
MFS ALABAMA MUNICIPAL BOND FUND, :
MFS ARKANSAS MUNICIPAL BOND FUND, :
MFS CALIFORNIA MUNICIPAL BOND FUND, :
MFS FLORIDA MUNICIPAL BOND FUND, MFS :
GEORGIA MUNICIPAL BOND FUND, MFS :
MARYLAND MUNICIPAL BOND FUND, MFS :
MASSACHUSETTS MUNICIPAL BOND FUND, :

00001669.WPD ; 1

MFS MISSISSIPPI MUNICIPAL BOND FUND, MFS MUNICIPAL BOND FUND, MFS MUNICIPAL LIMITED MATURITY FUND, MFS NEW YORK MUNICIPAL BOND FUND, MFS NORTH CAROLINA MUNICIPAL BOND FUND, MFS PENNSYLVANIA MUNICIPAL BOND FUND, MFS SOUTH CAROLINA MUNICIPAL BOND FUND, MFS TENNESSEE MUNICIPAL BOND FUND, MFS VIRGINIA MUNICIPAL BOND FUND, MFS WEST VIRGINIA MUNICIPAL BOND FUND, MFS EMERGING MARKETS EQUITY FUND, MFS GLOBAL EQUITY FUND, MFS GLOBAL GROWTH FUND, MFS GLOBAL TOTAL RETURN FUND, MFS INTERNATIONAL GROWTH FUND, MFS INTERNATIONAL NEW DISCOVERY FUND, MFS INTERNATIONAL VALUE FUND, MFS RESEARCH INTERNATIONAL FUND, MFS CASH RESERVE FUND, MFS GOVERNMENT MONEY MARKET FUND, MFS GOVERMENT MONEY MARKET FUND, MFS FUNDS, MFS MUNICIPAL SERIES TRUST, MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST III, MFS SERIES TRUST IV, MFS SERIES TRUST V, MFS SERIES TRUST VII, MFS SERIES TRUST VIII, MFS SERIES TRUST IX, MFS SERIES TRUST X, MFS SERIES TRUST XI, MFS FUND REGISTRANTS, SUN LIFE FINANCIAL, INC., MASSACHUSETTS FINANCIAL SERVICES COMPANY DBA MFS INVESTMENT MANAGEMENT, JOHN DOES 1-100, MFS and SERIES TRUST VI,

                      Defendants.

------------------------------------------------------------X

BRADLEY P. DYER, being duly sworn, deposes and says:

1. I am an associate at the law firm of Stull, Stull & Brody. I respectfully submit this Declaration in Support of the Motion of the Burrell Proposed Lead Plaintiffs for (i) Consolidation; (2) Appointment as lead Plaintiffs; and (iii) Approval of their Choice of Counsel.

2. Attached hereto are true and correct copies of the following documents:

   A. December 11, 2003 Notice of a Class Action on behalf of MFS Mutual Fund purchasers, redeemers or holders, published over PR Newswire.

   B. Certifications executed by the Burrell Proposed Lead Plaintiffs demonstrating their class standing and requisite financial interest in the litigation;

   C. A chart summarizing the transactions of the Burrell Proposed Lead Plaintiffs during the Class Period;

   D. Firm Biography of Stull, Stull & Brody;

   E. Firm Biography of Weiss & Yourman; and

   F. Firm Biography of Gilman and Pastor, LLP

_____
Bradley P. Dyer