UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIELLE ADAMS and DEAN DELLAVENTURA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MFS CAPITAL OPPORTUNITIES FUND, et al.,<br><br>　　　　　Defendants | No. 03-12536-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company and Sun Life Financial Inc.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　MASSACHUSETTS FINANCIAL
　　　　　　　　　　　　　　　　　　SERVICES COMPANY and SUN LIFE
　　　　　　　　　　　　　　　　　　FINANCIAL INC.,

　　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　/s/ Jonathan A. Shapiro
　　　　　　　　　　　　　　　　　　Jeffrey B. Rudman (BBO #433380)
　　　　　　　　　　　　　　　　　　William H. Paine (BBO #550506)
　　　　　　　　　　　　　　　　　　Jonathan A. Shapiro (BBO #567838)
　　　　　　　　　　　　　　　　　　Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　　(617) 526-6000

March 29, 2004

BOSTON 1881271v1

-2-

## CERTIFICATE OF SERVICE

I, Amanda P. Masselam, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA  02109-4216 | Melvyn I. Weiss<br>Steven G. Schulman<br>Peter E. Seidman<br>Sharon M. Lee<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY  10119-0165 |
| Charles J. Piven<br>Law Offices of Charles J. Piven, P.A.<br>The World Trade Center – Baltimore<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD  21202 | Brian Murray<br>Eric J. Belfi<br>Rabin Murray & Frank, LLP<br>275 Madison Avenue<br>New York, NY  10016 |
| John D. Donovan, Jr.<br>Jane Willis<br>Carisa Kleymeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7000 | |

                                            /s/ Amanda P. Masselam_____
                                            Amanda P. Masselam

Dated:  March 29, 2004

BOSTON 1881271v1