UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIELLE ADAMS and DEAN DELLAVENTURA, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br> v.<br><br>MFS CAPITAL OPPORTUNITIES FUND, et al.,<br><br>     Defendants | No. 03-12536-NG |

**STIPULATION AND ORDER TO EXTEND**
**TIME TO RESPOND TO COMPLAINT**

  Plaintiffs and defendants, by their undersigned counsel, hereby stipulate and agree that the time within which the named defendants and any other defendants for whom Hale and Dorr LLP appears in this case, may answer, move, or otherwise respond to the complaint in this action is extended to and including 45 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, et seq.), or (b) the date on which a consolidated amended complaint, if any, is served upon defendants, either pursuant to a Court order issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiffs in this action and the plaintiff(s) in any other action that is filed in this Court and that asserts claims similar to those alleged in the above-captioned action.

  This case is among those that have been conditionally transferred as tag-along actions to those centralized before the Judicial Panel on Multidistrict Litigation in the U.S. District Court for the District of Maryland, Northern Division (MDL 1586).

WHEREAS, plaintiffs and defendants respectfully request that the Court approve their Stipulation.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| DANIELLE ADAMS and DEAN DELLAVENTURA, | SUN LIFE FINANCIAL, INC. and MASSACHUSETTS FINANCIAL SERVICES COMPANY, |
| By their attorney, | By their attorneys, |
| /s/ Nancy Freeman Gans_____ | /s/ Jonathan A. Shapiro_____ |
| Nancy Freeman Gans (BBO #184540) | Jeffrey B. Rudman (BBO #433380) |
| Moulton & Gans, P.C. | William H. Paine (BBO #550506) |
| 33 Broad Street, Suite 1100 | Jonathan A. Shapiro (BBO #567838) |
| Boston, MA 02109-4216 | Hale and Dorr LLP |
| (617) 369-7979 | 60 State Street |
| | Boston, MA 02109 |
| | (617) 526-6000 |

MFS CAPITAL OPPORTUNITIES FUND, MFS CORE GROWTH FUND, MFS EMERGING GROWTH FUND, MFS GROWTH OPPORTUNITIES FUND, MFS LARGE CAP GROWTH FUND, MFS MANAGED SECTORS FUND, MFS MID CAP GROWTH FUND, MFS NEW DISCOVERY FUND, MFS NEW ENDEAVOR FUND, MFS RESEARCH FUND, MFS STRATEGIC GROWTH FUND, MFS TECHNOLOGY FUND, MASSACHUSETTS INVESTORS GROWTH STOCK, MFS MID CAP VALUE FUND, MFS RESEARCH GROWTH AND INCOME FUND, MFS STRATEGIC VALUE FUND, MFS TOTAL RETURN FUND, MFS UNION STANDARD EQUITY FUND, MFS UTILITIES FUND, MFS VALUE FUND, MASSACHUSETTS INVESTORS TRUST, MFS AGGRESSIVE GROWTH ALLOCATION FUND, MFS CONSERVATIVE ALLOCATION FUND, MFS GROWTH ALLOCATION FUND, MFS MODERATE ALLOCATION FUND, MFS BOND FUND, MFS EMERGING MARKETS DEBT

FUND, MFS GOVERNMENT LIMITED MATURITY FUND, MFS GOVERNMENT MORTGAGE FUND, MFS GOVERNMENT SECURITIES FUND, MFS HIGH INCOME FUND, MFS HIGH YIELD OPPORTUNITIES FUND, MFS INTERMEDIATE INVESTMENT GRADE BOND FUND, MFS LIMITED MATURITY FUND, MFS RESEARCH BOND FUND, MFS STRATEGIC INCOME FUND, MFS ALABAMA MUNICIPAL BOND FUND, MFS ARKANSAS MUNICIPAL BOND FUND, MFS CALIFORNIA MUNICIPAL BOND FUND, MFS FLORIDA MUNICIPAL BOND, MFS GEORGIA MUNICIPAL BOND FUND, MFS MARYLAND MUNICIPAL BOND FUND, MFS MASSACHUSETTS MUNICIPAL BOND FUND, MFS MISSISSIPPI MUNICIPAL BOND FUND, MFS MUNICIPAL BOND FUND, MFS MUNICIPAL LIMITED MATURITY FUND, MFS NEW YORK MUNICIPAL BOND FUND, MFS NORTH CAROLINA MUNICIPAL BOND FUND, MFS PENNSYLVANIA MUNICIPAL BOND FUND, MFS SOUTH CAROLINA MUNICIPAL BOND FUND, MFS TENNESSEE MUNICIPAL BOND FUND, MFS VIRGINIA MUNICIPAL BOND FUND, MFS WEST VIRGINIA MUNICIPAL BOND FUND, MFS EMERGING MARKETS EQUITY FUND, MFS GLOBAL EQUITY FUND, MFS GLOBAL GROWTH FUND, MFS GLOBAL TOTAL RETURN FUND, MFS INTERNATIONAL GROWTH FUND, MFS INTERNATIONAL NEW DISCOVERY FUND, MFS INTERNATIONAL VALUE FUND, MFS RESEARCH INTERNATIONAL FUND, MFS CASH RESERVE FUND, MFS GOVERNMENT MONEY MARKET FUND, MFS MONEY MARKET FUND, MFS FIXED FUND, MFS MUNICIPAL SERIES TRUST, MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST III, MFS SERIES TRUST IV, MFS SERIES TRUST V, MFS SERIES TRUST VI, MFS SERIES TRUST VII, MFS SERIES TRUST VIII, MFS SERIES TRUST IX, MFS SERIES TRUST X, and MFS SERIES TRUST XI,

BOSTON 1881007v1

-4-

By their attorneys,

/s/ Jane Willis_____
John D. Donovan, Jr. (BBO #130950)
Jane Willis (BBO #568024)
ROPES & GRAY
One International Place
Boston, MA 02110-2624
(617) 951-7000

March 29, 2004

SO ORDERED:

Dated:_____   _____
Nancy Gertner
United States District Judge

-5-

## CERTIFICATE OF SERVICE

I, Amanda P. Masselam, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans, Esq.<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA  02109-4216 | Melvyn I. Weiss, Esq.<br>Steven G. Schulman, Esq.<br>Peter E. Seidman, Esq.<br>Sharon M. Lee, Esq.<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY  10119-0165 |
| Charles J. Piven, Esq.<br>Law Offices of Charles J. Piven, P.A.<br>The World Trade Center – Baltimore<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD  21202 | Brian Murray, Esq.<br>Eric J. Belfi, Esq.<br>Rabin Murray & Frank, LLP<br>275 Madison Avenue<br>New York, NY  10016 |

　　　　　　　　　　　　　　　　　　　　/s/ Amanda P. Masselam_____
　　　　　　　　　　　　　　　　　　　　Amanda P. Masselam

Dated:  March 29, 2004

BOSTON 1881007v1